UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | CIVIL ACTION 4:11-cv-02660 |
| $45,129.00 IN U.S. CURRENCY, | § § § | |
| *Defendant In Rem* | § | |

**SEIZED ASSET CLAIM OF JAMES PAUL VAN WAY, JR. AND AMBARWATI OKTARI**

JAMES PAUL VAN WAY, JR. and AMBARWATI OKTARI file this claim pursuant to Rule G95) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and would respectfully show unto the Court as follows:

The specific property claimed is $45,129.00 in U.S. currency.

JAMES PAUL VAN WAY, JR is the lawful owner of the aforesaid sum of $45,129.00 in U.S. currency and it was obtained by lawful means as a direct result of his business activities.

_____
JAMES PAUL VAN WAY, JR.
102 Gerriewood Lane
Lafayette, Louisiana 70508
Home No.: (337) 981-2420
Cell No.: (337) 207-6006

AMBARWATI OKTARI
102 Gerriewood Lane
Lafayette, Louisiana 70508
Home No.: (337) 981-2420
Telephone No.: (337) 207-6006

**Verification**

I JAMES PAUL VAN WAY, JR. declare under penalty of perjury that I have read this Seized asset Claim of JAMES PAUL VAN WAY, JR. and AMBARWATI OKTARI and that the facts stated herein are true and correct to the best of my knowledge and belief.

SIGNED this 18th day of August, 2011.

JAMES PAUL VAN WAY, JR.

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this 18th day of August. 2011

Notary Public; State of Louisiana
My Commission Expires: Life

**Verification**

I AMBARWATI OKTARI declare under penalty of perjury that I have read this Seized asset Claim of JAMES PAUL VAN WAY, JR. and AMBARWATI OKTARI and that the facts stated herein are true and correct to the best of my knowledge and belief.

SIGNED this 18th day of August, 2011.

AMBARWATI OKTARI

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this 18th day of August. 2011

_____
Notary Public; State of Louisiana
My Commission Expires: _____

Respectfully submitted,

_____
Kevin H. Bell
Southern District Bar No. 2610
Texas Bar No. 02080015
P.O. Box 691848
Houston, Texas 77269
Telephone No.:(281) 583-8499
Fax No.: (281) 583-0148
Cell No.: (713) 501-1870
E-mail: kbellatty@aol.com

**Certificate of Service**

    I hereby certify that a true and correct copy of the foregoing was served upon the following attorneys and/or parties of record in accordance with the Federal Rules of Civil Procedure on this _____19TH_____ day of August, 2011.

Albert Ratliff
Assistant U.S. Attorney
Attorney-In-Charge
United States Attorney's Office
P.O. Box 61129
Houston, Texas 77208
Telephone No.:(713) 657-9579
Fax No.: (713) 718-3300
E-mail: albert.ratliff@usdoj.gov

_____