UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| United States of America,<br><br>    *Plaintiff,*<br><br>vs.<br><br>$45,129.00 IN U.S. CURRENCY,<br><br>    *Defendant In Rem* | §<br>§<br>§<br>§<br>§    CIVIL ACTION 4:11-cv-02660<br>§<br>§<br>§<br>§ |

**CERTIFICATE OF INTERESTED PARTIES BY
CLAIMANTS JAMES PAUL VAN WAY, JR. AND AMBARWATI OKTARI**

Claimants JAMES PAUL VAN WAY, JR. and AMBARWATI OKTARI, by and through counsel of record, and make and file this CERTIFICATE OF INTERESTED PARTIES. The parties herein are as follows.

**Response:**
(1) JAMES PAUL VAN WAY, JR., sole owner of 51 Oil, LLC, home address: 102 Gerriewood Lane, Lafayette, Louisiana 70508; business address: 3227 Highway 90 East, Broussard, Louisiana 70518; office telephone: (337) 234-2264; fax: (337) 837-9551; cell (337) 207-6006; home telephone: (337) 981-2420.

(2) AMBARWATI OKTARI, home address: 102 Gerriewood Lane, Lafayette, Louisiana 70508; home telephone: (337) 981-2420.

(3) UNITED STATES OF AMERICA, U.S. Customs and Border Protection, Celia Grau, Fines, Penalties & Forfeitures Officer, 2350 N. Sam Houston Parkway East, Suite 1000, Houston, Texas 77032; (281) 985-6724; (281) 985-6881.

Respectfully submitted,

Kevin H. Bell
Southern District Bar No. 2610
Texas Bar No. 02080015
P.O. Box 691848
Houston, Texas 77269
Telephone No.:(281) 583-8499
Fax No.: (281) 583-0148
Cell No.: (713) 501-1870
E-mail: kbellatty@aol.com

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served upon the following attorneys and/or parties of record in accordance with the Federal Rules of Civil Procedure on this 22nd day of September, 2011.

Albert Ratliff
Assistant U.S. Attorney
Attorney-In-Charge
United States Attorney's Office
P.O. Box 61129
Houston, Texas 77208
Telephone No.:(713) 657-9579
Fax No.: (713) 718-3300
E-mail: albert.ratliff@usdoj.gov

_____
KEVIN H. BELL